IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ENBRIDGE PIPELINES (ILLINOIS) L.L.C.,

    Plaintiff,

v.

JOSEPH E. BURRIS and SALLIE J. BURRIS, et al.,

    Defendants.                            Consolidated
                                                       Case No. 08-cv-697-DRH-CJP

## ORDER

**HERNDON, Chief Judge:**

        On April 30, 2009, this Court consolidated the above-listed three cases into the current case number of 08-cv-697-DRH-CJP (Doc. 34). Shortly thereafter, defendants Joseph Burris and Sallie Burris (the "Burris Defendants") filed a Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment (Doc. 35). Plaintiff's Motion for Summary Judgment (Doc. 32), was filed prior to the consolidation and pertains only to the initial pre-consolidated case number 08-cv-697 and the Burris Defendants. Upon consolidating the three cases, the Court also ordered that the newly-consolidated case adopt the Track B discovery setting and presumptive trial date,[1] thereby vacating the originally-assigned Track A discovery

---

[1] In its April 30, 2009 consolidation Order (Doc. 34), the Court further stated:
As such, this newly-consolidated case hereby adopts the Track B setting, as well as the discovery/motions deadlines and presumptive trial date of *Enbridge v. Portz*, No. 08-cv-841-DRH-DGW, as set forth in Document No. 12 - Track Order and Document No. 28 - Scheduling Order, entered in that case.

setting and presumptive trial date (Doc. 34).

Defendants' original response deadline is currently May 26, 2009. However, due to the consolidation and the resetting of the scheduling tracks on this case, the Burris Defendants seek an extension of time to respond so that they may continue to conduct discovery, as allowed by the newly-adopted scheduling order. Plaintiff opposes the Burris Defendants' Motion (Doc. 36), arguing that there is no adequate reason why another 120 to 150 days' extension of time should be allowed, adding that any lack of discovery is due to the fault of the Burris Defendants themselves.

Regardless of the Parties' arguments, due to the consolidation of these three matters, for consistency's sake, the Court hereby **GRANTS** the Burris Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (Doc. 35). Accordingly, as the close of discovery deadline is September 8, 2009 (*see* Case 08-cv-841, Doc. 28) , the Burris Defendants shall have **thirty (30) days** or until **October 9, 2009**, to file their Response to Plaintiff's Motion for Summary Judgment (Doc. 32).

**IT IS SO ORDERED**.

Signed this 26th day of May, 2009.

/s/      David R Herndon
**Chief Judge**
**United States District Court**