IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ENBRIDGE PIPELINES (ILLINOIS), LLC,**

**Plaintiff,**

v.

**JOSEPH E. BURRIS and SALLIE J. BURRIS,**

**Defendants.**                                                                No. 08-cv-697-DRH

### ORDER

**HERNDON, Chief Judge:**

This cause is before the Court for Plaintiff's Motion to Align Briefing Schedules. (Doc. 44). Defendants timely responded. (Doc. 47). In the Motion, Plaintiff requests an extension of time until November 6, 2009 in which to file its reply brief to Defendants' response to Plaintiff's Motion for Summary Judgment.

Plaintiff argues that allowing such additional time would align the briefing schedule in this case with the consolidated cases, ***Enbridge Pipelines (Illinois) v. Portz***, **08-cv-841-DRH** and ***Enbridge Pipelines (Illinois) L.L.C. v. Hortenstine, et al.*, 08-cv-842-DRH**. Plaintiff also points out the approximate 130 day extension of time Defendants received to respond to Plaintiff's Motion for Summary Judgment in this case. (Doc. 37). Defendants argue that Plaintiff's justification for requesting additional time to file a reply brief is inadequate in light of Local Rule 7.1.

The Court finds that granting Plaintiff's request will not prejudice Defendants and that aligning the briefing schedules will advance the cause of judicial efficiency

and convenience of the parties.  Accordingly, the Court **GRANTS** Plaintiff's Motion. Plaintiff is **ALLOWED** up to and including November 6, 2009 to file its reply to Defendants' Response to Plaintiff's Motion for Summary Judgment in this case.

**IT IS SO ORDERED.**

Signed this 9th day of October, 2009.

/s/     DavidRHerndon

**Chief Judge
United States District Court**