IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ENBRIDGE PIPELINES (ILLINOIS) L.L.C.,

    Plaintiff,

v.

JOSEPH E. BURRIS and
SALLIE J. BURRIS, et al.,          Case No. 08-cv-697-DRH

    Defendants.          (Consolidated Case: 08-cv-841
                            and   08-cv-842)

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action is before the Court on plaintiff's motions for summary judgment

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated March 31, 2010, judgment is entered in favor of plaintiff, **ENBRIDGE PIPELINES (ILLINOIS) L.L.C.,** and against defendants, **JOSEPH E. BURRIS and SALLIE J. BURRIS**. The Court **DECLARES** that the three right-of-way grants ("the Burris easements" - Case No. 08-cv-697) are valid and enforceable according to their terms and thereby gives Plaintiff the rights set forth therein.

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** also pursuant to the Order of the Court dated August 3, 2010, judgment is entered in favor of plaintiff, **ENBRIDGE PIPELINES (ILLINOIS) L.L.C.,** and against defendant, **HENRY S. PORTZ**. The Court **DECLARES** that the right-of-way grant ("the Portz easement" - Case No. 08-cv-841) is valid and enforceable according to its terms and thereby gives Plaintiff the rights set forth therein.

    **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** also pursuant to the Order of the Court dated August 3, 2010, judgment is entered in favor of plaintiff, **ENBRIDGE PIPELINES (ILLINOIS) L.L.C.,** and against defendants, **JENNIFER A. GROHLER, ANDREW J. HORTENSTINE, ANNETTA M. HORTENSTINE, CHARD C. HORTENSTINE, THEODORE L. HORTENSTINE and ANDREA M. WORKMAN.** The Court **DECLARES** that the right-of-way grants ("the Hortenstine easement" - Case No. 08-cv-842) are valid and enforceable according to their terms and thereby gives Plaintiff the rights set forth therein.----------------------------------------------

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:      /s/*Sandy Pannier*
                                                     **Deputy Clerk**

Dated: August 5, 2010
APPROVED: /s/  *David R Herndon*
              CHIEF JUDGE
              U. S. DISTRICT COURT